1  **THERESA A. GOLDNER, COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By: Mark L. Nations, Chief Deputy (Bar # 101838)**
   **Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California 93301**
4  **Telephone:  (661) 868-3818**

5  **Attorneys for Defendant,**
   **COUNTY OF KERN**
6

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10 **TONI ELIZABETH JUSTMAN,**            ) **CASE NO. 1:11-CV-00603 AWI GSA**
                                          )
11                  **Plaintiff,**        ) **STIPULATION TO POSTPONE**
                                          ) **MANDATORY SCHEDULING**
12 **v.**                                 ) **CONFERENCE; ORDER**
                                          )
13 **COUNTY OF KERN, ANTHONY**            )
   **MICHAEL LAVIS and DOES 1-100 ,**     )
14 **inclusive,**                         )
                                          )
15                  **Defendants.**       )
                                          )
16                                        )
                                          )
17 _____    )

18                        STIPULATION

19         The County of Kern by and through its attorney and plaintiff Toni Elizabeth Justman

20 by and through her attorney of record hereby stipulate to postpone the Mandatory

21 Scheduling Conference from its current date of July 28, 2011 to September 8, 2011.  The

22 reason for the postponement is that defendant Anthony Michael Lavis is currently

23 incarcerated in state prison.  Lavis has not yet been served with the summons and

24 complaint although a summons and complaint have been deposited with the state prison

25 system for purposes of effecting personal service.  Counsel for plaintiff Justman has been

26 informed by state prison authorities that service of process on defendant Lavis through the

27 prison system will take several weeks to accomplish.  The parties do not anticipate that

28 service will have been effected by July 28, 2011.  Therefore, to ensure that all parties are

                                     1

1  before the court and represented by legal counsel for the Mandatory Scheduling
2  Conference, defendant County of Kern and plaintiff Toni Elizabeth Justman are willing to
3  stipulate to postpone the date of the conference.

4      Dated: July 6, 2011      THERESA A. GOLDNER, COUNTY COUNSEL

6      By  / s / Mark L. Nations
7      Mark L. Nations, Chief Deputy
8      Attorney for County of Kern

10     Dated: July 6, 2011      RODRIGUEZ AND ASSOCIATES

12     By  / s / John Kawai
13     John Kawai, Esq.
14     Attorney for Plaintiff Toni Justman

16     ORDER

17 Good cause appearing therefor, the Mandatory Scheduling Conference in this
18 matter is postponed from July 28, 2011 at 9:00 a.m. in Courtroom 10 to September 8, 2011
19 at 10:00 a.m. in Courtroom 10.

22 IT IS SO ORDERED.
23 **Dated: July 7, 2011**  /s/ **Gary S. Austin**
24 UNITED STATES MAGISTRATE JUDGE

2