1

2      **IN THE UNITED STATES DISTRICT COURT FOR THE**

3           **EASTERN DISTRICT OF CALIFORNIA**

4

5   **TONI ELIZABETH JUSTMAN,**          )   1:11-CV-603  AWI GSA
                                          )
6               **Plaintiff**,           )
                                          )
7        **v.**                          )   **ORDER CLOSING CASE**
                                          )   **FOLLOWING JANUARY 7,**
   **COUNTY OF KERN and ANTHONY**         )   **2013 HEARING**
8  **MICHAEL LAVIS,**                     )
                                          )
9              **Defendants.**            )
   ─────────────────────────────────     )

10

11

12          On September 13, 2012, the Court received a statement of noting death as to Plaintiff

13   Toni Justman in November 2011.  See Doc. No. 17.  Subsequently, Justman's attorney indicated

14   that he would not be representing either Justman's estate or a substitute plaintiff.  See Doc. No.

15   20.  Justman's attorney suggested that the Court wait 90 days, per the period of time mandated by

16   Rule 25, before dismissing the case.  See id.  The Court issued a minute order that set a hearing

17   for a motion to dismiss on January 7, 2013.  See Doc. No. 21.

18          On January 7, 2013, no responses were filed with respect to Plaintiff and no party

19   appeared at the hearing.  See Doc. No. 23.  The day before, the Defendants requested that the

20   Court dismiss the case under Rule 25 for failing to prosecute.  See Doc. No. 22.  At the hearing,

21   the Court essentially granted Defendants' requested dismissal and indicated that an order would

22   be forthcoming.  This order memorializes the Court's ruling of January 7, 2013.

23

24          Consistent with the above, IT IS HEREBY ORDERED that this case is DISMISSED

25   WITHOUT PREJUDICE and the Clerk shall CLOSE the matter.

26   IT IS SO ORDERED.

27
   Dated:    February 26, 2013          _____
28                                          SENIOR  DISTRICT  JUDGE